UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RUNIONS,<br>　　　Plaintiff,<br>　　v.<br>SAN JOAQUIN GENERAL HOSPITAL, et al.,<br>　　　Defendants. | Case No.  15-cv-01537-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's claims arise from events occurring in the Eastern District of California, specifically at San Joaquin General Hospital, which is in San Joaquin County. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 27, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RUNIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN GENERAL HOSPITAL, et al.,<br><br>    Defendants. | Case No.  15-cv-01537-JCS<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 4/27/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chester  Runions ID: H-25035
California Health Care Facility
7707 Austin Road
Stockton, CA 95215


Dated: 4/27/2015

                                            Richard W. Wieking
                                            Clerk, United States District Court


                                            By:_____
                                            Karen Hom, Deputy Clerk to the
                                            Honorable JOSEPH C. SPERO

2